# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| LISA ADAMS-RUNION, | Case No. 2:20-cv-01042-JAM-DB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 to 100, | Judge:  John A. Mendez<br>Ctrm:   6, 14th floor |
| Defendant. | Complaint Filed:  May 21, 2020 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-01042-JAM-DB, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

DATED: April 21, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178846.1

1

Case No. 2:20-cv-01042-JAM-DB
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE